**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RONALD SATISH EMRIT, *pro se,*

    Plaintiff,

v.                                          Case No: 8:14-cv-565-T-30EAJ

SARASOTA HOUSING AUTHORITY
and U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #11) and the Objection (Dkt. #12) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #11) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. #2) is DENIED.

3. Plaintiff's Complaint (Dkt. #1) is dismissed for failure to state a claim.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of April, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\14-cv-565 adopt 11.docx